IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JONATHAN C. BOLWARE,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5771

Opinion filed March 1, 2016.

An appeal from an order of the Circuit Court for Bay County.
James B. Fensom, Judge.

Jonathan C. Bolware, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED. <u>Hall v. State</u>, 117 So. 3d 478 (Fla. 1st DCA 2013).

THOMAS, BILBREY, and KELSEY, JJ., CONCUR.